**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

|  |  |
|---|---|
| Shaine Carl Cagle,<br><br>Petitioner,<br><br>vs.<br><br>Charles L. Ryan, et al.,<br><br>Defendants. | CV-16-111-TUC-DCB<br><br>ORDER |

Magistrate Judge Bowman issued her Report and Recommendation on 1/18/2017, recommending that the District Court deny the Second Amended Petition for Writ of Habeas Corpus and dismiss the action with prejudice. A copy was sent to all parties on 1/18/2017, notifying all parties that written objections must be filed within fourteen days of service. 28 U.S.C. §636(b). No objections to the Magistrate Judge's Report and Recommendation have been filed. Consequently, any objections that have not been raised are waived and will not be addressed by the Court.

The Court, having made an independent review of the record, rules as follows:

IT IS ORDERED that Magistrate Judge Bowman's Report and Recommendation (Doc. 49) is ACCEPTED and ADOPTED by this Court as the findings of fact and conclusions of law.

IT IS ORDERED that the Second Amended Petition for Writ of Habeas Corpus is DENIED (Doc. 33) and this action is dismissed with prejudice in favor of Defendants. The Clerk's Office is directed to enter a separate Final Judgment in accordance with this Order. This action is terminated.

DATED this 23rd day of February, 2017.

David C. Bury
United States District Judge